# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MARGARET A. GOLDEN,**                                           **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO. 3:07CV161-M-A**

**COMMISSIONER OF SOCIAL SECURITY,**                           **DEFENDANT**

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated August 5, 2009, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record and a copy was sent via United States Mail to the plaintiff at her address of record. Having reviewed the parties' responsive submissions, the court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated August 5, 2009, is approved and adopted.

2. The opinion of the ALJ is affirmed.

SO ORDERED, this the 15th day of September, 2009.

                                                           **/s/ MICHAEL P. MILLS**
                                                           **CHIEF JUDGE**
                                                           **UNITED STATES DISTRICT COURT**
                                                           **NORTHERN DISTRICT OF MISSISSIPPI**